UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00035-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  EDWIN ALBERTO VELEZ,
    a/k/a Edwin Velez,
    a/k/a Alberto Torres,

      Defendant.

---

## ORDER AND NOTICE OF CHANGE OF PLEA HEARING

---

THIS MATTER comes before the Court following the filing of a Notice of Disposition **(#19)** on June 25, 2007 by Defendant Edwin Alberto Velez. The Court construes this Notice as a motion to change his plea and to have the Court consider the terms of the parties' plea agreement.

**IT IS THEREFORE ORDERED** that:

1.    Pursuant to 18 U.S.C. § 3161(h)(1)(F) and (I), the speedy trial clock is tolled pending determination of those matters.

2.    A Change of Plea hearing is set for **September 24, 2007 at 8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

3.    The final trial preparation conference set for **July 10, 2007** and the **July 16, 2007** trial date are **VACATED**.

Dated this 26th day of June, 2007

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge