UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00035-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. EDWIN ALBERTO VELEZ,
   a/k/a Edwin Velez,
   a/k/a Alberto Torres,

        Defendant.

---

### ORDER CONTINUING CHANGE OF PLEA HEARING DATE
---

THIS MATTER comes before the Court on the Unopposed Motion to Continue Change of Plea hearing **(#21)** filed September 19, 2007. Having reviewed the Motion, the Court finds that good cause exists for granting the relief requested.

**IT IS THEREFORE ORDERED** that the Motion is **GRANTED** and the change of plea hearing set for September 24, 2007, at 8:30 a.m. is **continued to October 9, 2007, at 11:30 a.m. No further continuances will be granted**.

Dated this 19th day of September, 2007.

                                                **BY THE COURT:**

                                                Marcia S. Krieger
                                                United States District Judge