UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00035-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1. EDWIN ALBERTO VELEZ,
   a/k/a Edwin Velez,
   a/k/a Alberto Torres,

        Defendant.

## ORDER CONTINUING CHANGE OF PLEA

THIS MATTER comes before the Court *sua sponte*. It appears from a review of this Court's docket that a scheduling conflict exists on the day this matter is set for a change of plea hearing.

**IT IS THEREFORE ORDERED** that the Change of Plea hearing set for October 9, 2007, at 11:30 a.m. is **continued** to **November 19, 2007**, at **11:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 4th day of October, 2007.

                                            BY THE COURT:

                                            Marcia S. Krieger
                                            United States District Judge