UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00035-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. EDWIN ALBERTO VELEZ,
   a/k/a Edwin Velez,
   a/k/a Alberto Torres,

      Defendant.

---

## ORDER

THIS MATTER comes before the Court on the Unopposed Motion to Continue Change of Plea Date (Motion) **(#28)** filed November 28, 2007, by counsel for Defendant. Having reviewed the Motion,

**IT IS ORDERED** that the Motion is **GRANTED**. The change of plea hearing set for December 4, 2007, is vacated and reset to **Monday, January 14, 2008, at 1:30 p.m.**

DATED this 28th day of November, 2007.

                                        **BY THE COURT:**

                                        */s/ Marcia S. Krieger*
                                        Marcia S. Krieger
                                        United States District Judge