UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 07-cr-00035-MSK

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  EDWIN ALBERTO VELEZ,
    a/k/a Edwin Velez,
    a/k/a Alberto Torres,

      Defendant.

---

## ORDER CONTINUING CHANGE OF PLEA

---

THIS MATTER comes before the Court *sua sponte*,

**IT IS HEREBY ORDERED** that the Change of Plea hearing in this matter previously set for January 14, 2008, is RESET to **January 30, 2008**, at **8:30 a.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

DATED this 21st day of December, 2007.

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge